UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY ACOSTA-TOLENTINO (A-235-577-757, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER CHESTNUT, et al., <br><br> Respondents. | No.  2:26-cv-0821 DC CSK <br><br><br> ORDER |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

Petitioner filed a motion for a temporary restraining order.  On March 17, 2026, respondents filed an opposition to the petition for writ of habeas corpus, in addition to a response to the request for injunctive relief.  (ECF No. 6.)  On April 2, 2026, the district court denied petitioner's motion for a temporary restraining order.  (ECF No. 7.)

Petitioner is granted ten days to file a traverse/reply to respondents' opposition.  If petitioner does not file a traverse/reply by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's reply/traverse to the respondents' opposition (ECF No. 6), if any, is due within 10 days of the date of this order.

2. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: April 6, 2026

_____

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/acos0821.100.2241.imm

2